**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: A WHITE 2012 MERCEDES BENZ ML BEARING THE WISCONSIN LICENSE PLATE AUR113 (A-3) | Case No. 2:25-mj-00400-MDC<br><br>**ORDER GRANTING MOTION TO UNSEAL** (ECF No. 1) |

The government has filed a Motion to Unseal (ECF No. 1) this matter because a subsequent indictment was filed in *US v. CLARENCE HARRIS*, 2:26-CR-0064-RFB-DJA and unsealing this matter will allow the government to provide documents in discovery.  For cause shown, **IT IS ORDERED** the Motion (ECF No. 1) is **GRANTED** and this matter shall be **UNSEALED.**

The Clerk of Court is kindly directed to unseal this matter.

Dated: May 22, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge